IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stewart, Bernadette

Printed: 9/23/08

Case Number: 05 B 62077
Judge: Wedoff, Eugene R
Filed: 10/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 6, 2008
Confirmed: January 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,955.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 24.80 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,800.00 |
| Trustee Fee: |  | 101.00 |
| Other Funds: |  | 29.20 |
| Totals: | 1,955.00 | 1,955.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,800.00 | 1,800.00 |
| 2. | Timothy K Liou | Unsecured | 321.23 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 550.00 | 0.00 |
| 4. | Lakeside Federal Credit Union | Unsecured | 432.97 | 0.00 |
| 5. | Nationwide Acceptance Corp | Unsecured | 343.30 | 0.00 |
| 6. | Nuvell Financial Services | Unsecured | 1,249.56 | 24.80 |
| 7. | Arrow Financial Services | Unsecured | 45.88 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 19.26 | 0.00 |
| 9. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 10. | CB USA | Unsecured |  | No Claim Filed |
| 11. | U S Cellular | Unsecured |  | No Claim Filed |
| 12. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 15. | Comcast | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,762.20 | $ 1,824.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 23.57 |
| 5% | 10.66 |
| 4.8% | 20.42 |
| 5.4% | 46.35 |
|  | $ 101.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Stewart, Bernadette

Printed:  9/23/08

Case Number:  05 B 62077
Judge:  Wedoff, Eugene R
Filed:  10/16/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

